UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------ x

New York State Professional Process Servers Association, Inc. on behalf of itself and aggrieved members, and Howard D. Clarke, and Stephen J. Boyko, Inc. d/b/a Consolidated Claims Service, Individually, and as Representatives for all similarly aggrieved New York City Process Server Individuals and Process Serving Agencies,

14 CV 1266 (DLC) (MHD)

Plaintiffs,

Against

City of New York, and Michael T. Bloomberg, Bill de Blasio, Jonathan Mintz, Alba Pico, Nancy Schindler, Esq., Bruch Dennis, Esq., James Plotkin, Esq., Nicholas J. Minella, Esq., Alvin Liu, Esq., Shannon Bermingham, Jordan Cohen, Esq., Philip Kimball, Esq., Lori Barrett, Esq., Megan Roberts, Esq., Wanda Day, Esq., Fred Cantor, Esq., Allison Rene Johnson, Esq., Margarita Marsico, Esq., David Cho, K. James, Wilfredo Lopez, Esq., Eunice Rivera, G. Pikulina, P. Kumar, Michele Mirro, Esq., Mitchell B. Nisonoff, Esq., Lee Fawkes, Esq., Steven T. Kelly, Esq., Nancy Tumelty, Esq., Susan Kassapian, Esq., Maurice Nwikpo-Oppong, Esq., Eryn A. DeFontes, Esq., Richard Zeitler, Jr., Esq., David Scott Paul, Esq., Shanet Viruet, Esq., and Judith Gould, Esq., all Individually and in their capacities as officials and employees of the City of New York,

Defendants.

------------------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Jasmine M. Georges, appears as counsel for City defendants,[1] and requests to receive notice of

---

[1] In addition to naming the City of New York ("City") as a defendant, plaintiffs name a slew of current and former officials and employees of the City in both their official and individual capacity. It is unclear whether these individual named defendants have been served. Moreover, this office has not been able to arrange interviews with any of the individual defendants to determine if they have been served and if this office will be representing them in their individual capacity.

all docket events via the Electronic Case Filing system. I certify that I am admitted to practice

before this Court.

Dated: New York, New York
      March 7, 2014

                                          ZACHARY W. CARTER
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for City Defendants
                                          100 Church St., Rm.5-179
                                          New York, New York  10007
                                          Email: jgeorges@law.nyc.gov
                                          Tel: (212) 356-2210
                                          Fax: (212) 356-2059

                                          By:        _____/s_____
                                                          Jasmine M. Georges (JG5412)
                                                          Assistant Corporation Counsel

TO:    Tracy J. Harkins, Esq.
         Attorney for Plaintiffs
         (via ECF)