UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

New York State Professional Process Servers Association, Inc. on behalf of itself and aggrieved members, and Howard D. Clarke, and Stephen J. Boyko, Inc. d/b/a Consolidated Claims Service, Individually, and as Representatives for all similarly aggrieved New York City Process Server Individuals and Process Serving Agencies,

                                                        Plaintiffs,

14 CV 1266 (DLC) (MHD)

Against

City of New York, and Michael T. Bloomberg, Bill de Blasio, Jonathan Mintz, Alba Pico, Nancy Schindler, Esq., Bruch Dennis, Esq., James Plotkin, Esq., Nicholas J. Minella, Esq., Alvin Liu, Esq., Shannon Bermingham, Jordan Cohen, Esq., Philip Kimball, Esq., Lori Barrett, Esq., Megan Roberts, Esq., Wanda Day, Esq., Fred Cantor, Esq., Allison Rene Johnson, Esq., Margarita Marsico, Esq., David Cho, K. James, Wilfredo Lopez, Esq., Eunice Rivera, G. Pikulina, P. Kumar, Michele Mirro, Esq., Mitchell B. Nisonoff, Esq., Lee Fawkes, Esq., Steven T. Kelly, Esq., Nancy Tumelty, Esq., Susan Kassapian, Esq., Maurice Nwikpo-Oppong, Esq., Eryn A. DeFontes, Esq., Richard Zeitler, Jr., Esq., David Scott Paul, Esq., Shanet Viruet, Esq., and Judith Gould, Esq., all Individually and in their capacities as officials and employees of the City of New York,

                                                        Defendants.

----------------------------------------------------------------------- x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Mark Muschenheim, appears as counsel for the City of New York,[1] and requests to receive

---

[1] In addition to naming the City of New York ("City") as a defendant, plaintiffs name current and former officials and employees of the City in both their official and individual capacity. It is unclear whether these individual named defendants have been served. Moreover, this office has not been able to arrange interviews with any of the individual defendants to determine if they have been served and if this office will be representing them in their individual capacity.

notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 7, 2014

                          ZACHARY W. CARTER
                          Corporation Counsel of
                          the City of New York
                          Attorney for City Defendants
                          100 Church St., Rm.5-179
                          New York, New York 10007
                          Email: mmuschen@law.nyc.gov
                          Tel: (212) 356-2186
                          Fax: (212) 356-2059

                          By: _____
                              Mark W. Muschenheim
                              Assistant Corporation Counsel

TO:   Tracy J. Harkins, Esq.
        Attorney for Plaintiffs
        (via ECF)