UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
New York State Professional Process      :
Servers Association, Inc. on behalf of   :
itself and aggrieved members, and        :
Howard D. Clarke, and Stephen J.         :
Boyko, Inc. d/b/a Consolidated Claims    :
Service, Individually, and as            :
Representatives for all similarly        :
situated Process Server Individuals      :
and Process Serving Agencies as          :
defined by the New York City             :
Administrative Code, Title 20, Chapter   :
2, Section 20-404,                       :
                        Plaintiffs,      :
         -v-                             :
                                         :
City of New York and Michael T.          :
Bloomberg, Bill deBlasio, Jonathan E.    :    14 Civ. 1266 (DLC)
Mintz, Alba Pico, Marla Tepper, Esq.,    :
Sanford Cohen, Esq. Nancy J.             :    PRETRIAL
Schindler, Esq. Bruce Dennis, Esq.,      :    SCHEDULING ORDER
James M. Plotkin, Esq. Nicholas J.       :
Minella, Esq., Alvin Liu, Esq. Shannon   :
Bermingham, Jordan Cohen, Esq., Philip   :
Kimball, Esq. Lori Barrett, Esq. Megan   :
Roberts, Esq., Wanda Day, Esq., Fred     :
R. Cantor, Esq., Allison Rene Johnson,   :
Esq., Eunice Rivera, G. Pikulina, P.     :
Kumar, Michele Mirro, Esq., Mitchell     :
B. Nisonoff, Esq. Lee Fawkes, Esq.       :
Steven T. Kelly, Esq., Nancy Tumelty,    :
Esq., Susan Kassapian, Esq., Maurice     :
Nwikpo-Oppong, Esq., Eryn A. DeFontes,   :
Esq., Richard Zeitler, Jr., Esq.,        :
David Scott Paul, Esq., Shanet Viruet,   :
Esq., and Judith Gould, Esq., all        :
Individually and in their capacities     :
as officials and employees of the City   :
of New York,                             :
                        Defendants.      :
------------------------------------- X

3/7/2014

1

DENISE COTE, District Judge:

As set forth at the show cause hearing held on March 7, 2014, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Plaintiffs shall complete service on all defendants by **March 28, 2014**.

2. For all defendants, the deadline to serve a motion to dismiss, answer, or otherwise respond under the Federal Rules of Civil Procedure is **April 25, 2014**.

3. If plaintiffs desire to amend their pleadings pursuant to Federal Rule of Civil Procedure 15(a)(2), they shall advise the Court accordingly by letter no later than **May 2, 2014**.

4. Plaintiffs shall file any amended complaint by **May 16, 2014**. Plaintiffs will have no further opportunity to amend.

5. If no amended complaint is filed, plaintiffs shall serve any opposition to any motion to dismiss by **May 16, 2014**. Defendants' reply, if any, shall be served by **May 30, 2014**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         March 7, 2014

                                    _____
                                            DENISE COTE
                                    United States District Judge