**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) TRACY J. HARKINS ESQ  PH: (631) 476-3750
48 BIRCH HILL ROAD  MOUNT SINAI , NY 11766 | TRACY HARKINS

Index Number: 14-CV-1266
Date Filed: 2/26/2014
Court/Return Date:

### New York State Professional Process Servers' Association et al

vs

### City of New York et al

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Husam Al-Atrash__ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **March 26, 2014**, at **6:54 AM** at **6714 108th Street Apt 3D, Forest Hills, NY 11375**, Deponent served the within **Summons in a Civil Action with Amended Rider and Complaint , Electronic Court Filing Rules and Individual Rules for Judge Cote**

On: __Wanda Sanchez Day__ , Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☒ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ X ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on
**3/19/2014 10:45:00, 3/21/2014 12:44:00, 3/24/2014 18:42 pm**
Address confirmation:

☒ **#5 MAILING**
On **March 26, 2014** , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ **#6 DESCRIPTION**
Sex: N/A       Color of skin: N/A       Color of hair: N/A   Age:
Height: N/A    Weight: N/A  Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on March 26, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Husam Al-Atrash
Job #: 1407934    Lic# 1279639
Client's File No.:

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225