# SCOPPETTA SEIFF KRETZ & ABERCROMBIE

ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE*
---------

MARIANA OLENKO
---------
* ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, NY 10022-1010
(212) 371-4500
FAX (212) 371-6883
----------
ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL



April 26, 2014

By ECF
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

**MEMO ENDORSED**



RECEIVED APR 28 2014 CHAMBERS OF DENISE COTE

Re:   New York State Professional Process Servers Association, Inc. v. City of New York, et al., 14 CV 1266 (DLC) (MHD)

Dear Judge Cote:

We have been retained to represent defendants Susan Kassapian and Michelle Mirro in the above-referenced action, and have today filed a notice of appearance to that effect. I write to respectfully request that our time to respond to the complaint be extended from April 25, 2014, to April 30, 2014.

We have made no previous request for an extension of time. The City defendants yesterday filed a motion to dismiss, and I expect to join in most of the arguments they have raised. I have contacted counsel for the City defendants as well as counsel for the plaintiffs, and they have consented to the brief extension I am requesting. The extension should not have any effect on the May 30th deadline for the submission of all motion papers to the Court.

Thank you for your consideration.

Granted.
/s/ Denise Cote
April 28, 2014

Respectfully submitted,

Walter A. Kretz, Jr. (WK-4645)