## Tracy J. Harkins, Attorney at Law

48 Birch Hill Road
Mt. Sinai, New York 11766
Telephone and Facsimile (631) 476-3750
email: tjharkinsesq@optonline.net

BY ECF

April 30, 2014

Honorable Denise L. Cote
United States District Judge
U.S. District Court, SDNY
500 Pearl St., Room 1610
New York, NY 10007

Re:   **NYS Professional Process Servers Assoc., Inc. et. al. v. City of New York et. al.
      Case No.: 14 CV 1266(DLC)(MHD)**

Dear Judge Cote,

Pursuant to Pre-Trial Order dated March 7, 2014, this is to advise the Court that Plaintiffs intend to amend their pleadings pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Respectfully,

*[signature]*
TRACY J. HARKINS

/tjh