```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          DOCKET NO. 14 CV 1266 (DLC)(MHD)
-------------------------------------------------X
NEW YORK STATE PROFESSIONAL
PROCESS SERVERS ASSOCIATION,           ATTORNEY'S AFFIRMATION OF
INC. ET. AL.,                          SERVICE OF NOTICE OF INTENTION
                                       TO FILE AMENDED COMPLAINT
              Plaintiffs,

       against

CITY OF NEW YORK, ET. AL.,

              Defendants.
-------------------------------------------------X
```

TRACY J. HARKINS, an attorney duly admitted to practice law in the State of New York hereby declares the following under penalties of perjury pursuant to 28 U.S.C. 1746:

I reside at Mt. Sinai, NY; and am over the age of eighteen (18) years. I am not a party to this action.

On the 30th day of April, 2014, I served a copy of the **Letter Notice of Plaintiff's Intention to File an Amended Complaint dated April 30, 2014** on **See attached Rider** by enclosing a true copy in a first-class postage paid, sealed envelope, properly addressed to **See attached Rider**, addressees' usual dwelling place/actual place of business within the State, and deposited said envelope in a post office/official depository under exclusive care and custody of the United States Postal Service within New York ~~and, also, by Certified mailing number _____. The original Certified Mailing receipt (and) signature card is/are attached hereto.~~

Dated:  Mt. Sinai, NY
        April 30, 2014

                                       _____
                                       Tracy J. Harkins, Esq.
                                       Attorney for Plaintiffs
                                       48 Birch Hill Road
                                       Mount Sinai, NY 11766
                                       Telephone and Fax (631)476-3750
                                       tjharkinsesq@optonline.net

| | |
|---|---|
| New York State Professional Process Servers Association, Inc., et. al.<br>v.<br>City of New York, et. al. | Case No.<br><br>14 CV 1266(DLC)(MHD)<br><br>RIDER TO AFFIRMATION<br>OF SERVICE OF NOTICE<br>OF INTENTION TO FILE<br><u>AMENDED COMPLAINT</u> |

Eunice Rivera
NYC Dept. Of Consumer Affairs
66 John St. - 11th Fl.
New York, NY 10038

Lee B. Fawkes, Esq., ALJ
391 Bergen St.
Brooklyn, NY 11217

Shanet Viruet, Esq.
NYC Dept. of Consumer Affairs
66 John St. - 11th Floor
New York, NY 10038