UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEW YORK STATE PROFESSIONAL
PROCESS SERVERS ASSOCIATION,
INC. ET. AL.,

           Plaintiffs,

    against

CITY OF NEW YORK, ET. AL.,

           Defendants.
-----------------------------------------------------------X

DOCKET NO. 14 CV 1266 (DLC)(MHD)

ATTORNEY'S AFFIRMATION OF
SERVICE OF NOTICE OF INTENTION
TO FILE AMENDED COMPLAINT

    TRACY J. HARKINS, an attorney duly admitted to practice law in the State of New York hereby declares the following under penalties of perjury pursuant to 28 U.S.C. 1746:

    I reside at Mt. Sinai, NY; and am over the age of eighteen (18) years. I am not a party to this action.

    On the 30th day of April, 2014, I served a copy of the **Letter Notice of Plaintiff's Intention to File an Amended Complaint dated April 30, 2014** on **See attached Rider** by enclosing a true copy in a first-class postage paid, sealed envelope, properly addressed to **See attached Rider**, addressees' usual dwelling place/actual place of business within the State, and deposited said envelope in a post office/official depository under exclusive care and custody of the United States Postal Service within New York ~~and, also, by Certified mailing number _____. The original Certified Mailing receipt (and) signature card is/are attached hereto.~~

Dated: Mt. Sinai, NY
       April 30, 2014

*[signature]*
Tracy J. Harkins, Esq.
Attorney for Plaintiffs
48 Birch Hill Road
Mount Sinai, NY 11766
Telephone and Fax (631)476-3750
tjharkinsesq@optonline.net

| | |
|---|---|
| New York State Professional Process Servers Association, Inc., et. al.<br>v.<br>City of New York, et. al. | Case No.<br><br>14 CV 1266(DLC)(MHD)<br><br>RIDER TO AFFIRMATION<br>OF SERVICE OF NOTICE<br>OF INTENTION TO FILE<br><u>AMENDED COMPLAINT</u> |

Eunice Rivera
NYC Dept. Of Consumer Affairs
66 John St. - 11th Fl.
New York, NY 10038

Lee B. Fawkes, Esq., ALJ
391 Bergen St.
Brooklyn, NY 11217

Shanet Viruet, Esq.
NYC Dept. of Consumer Affairs
66 John St. - 11th Floor
New York, NY 10038