```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
New York State Professional Process      :
Servers Association, Inc. on behalf of   :
itself and aggrieved members, and        :
Howard D. Clarke, and Stephen J.         :
Boyko, Inc. d/b/a Consolidated Claims    :
Service, Individually, and as            :
Representatives for all similarly        :
situated Process Server Individuals      :
and Process Serving Agencies as          :
defined by the New York City             :
Administrative Code, Title 20, Chapter   :
2, Section 20-404,                       :
                        Plaintiffs,      :
        -v-                              :
                                         :
City of New York and Michael T.          :
Bloomberg, Bill deBlasio, Jonathan E.    :    14 Civ. 1266 (DLC)
Mintz, Alba Pico, Marla Tepper, Esq.,    :
Sanford Cohen, Esq. Nancy J.             :    SCHEDULING ORDER
Schindler, Esq. Bruce Dennis, Esq.,      :
James M. Plotkin, Esq. Nicholas J.       :
Minella, Esq., Alvin Liu, Esq. Shannon   :
Bermingham, Jordan Cohen, Esq., Philip   :
Kimball, Esq. Lori Barrett, Esq. Megan   :
Roberts, Esq., Wanda Day, Esq., Fred     :
R. Cantor, Esq., Allison Rene Johnson,   :
Esq., Eunice Rivera, G. Pikulina, P.     :
Kumar, Michele Mirro, Esq., Mitchell     :
B. Nisonoff, Esq. Lee Fawkes, Esq.       :
Steven T. Kelly, Esq., Nancy Tumelty,    :
Esq., Susan Kassapian, Esq., Maurice     :
Nwikpo-Oppong, Esq., Eryn A. DeFontes,   :
Esq., Richard Zeitler, Jr., Esq.,        :
David Scott Paul, Esq., Shanet Viruet,   :
Esq., and Judith Gould, Esq., all        :
Individually and in their capacities     :
as officials and employees of the City   :
of New York,                             :
                        Defendants.      :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 16, 2014, the plaintiff filed an amended complaint in the above captioned case. It is hereby

ORDERED that the defendants' motions to dismiss of April 25 and April 30 are dismissed as moot.

IT IS FURTHER ORDERED that any motions to dismiss the amended complaint are due **June 6, 2014**. Any opposition is due **June 20, 2014**. Any replies are due **June 27, 2014**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED

Dated:   New York, New York
         May 20, 2014

_____
DENISE COTE
United States District Judge