| | |
|---|---|
| UNITED STATES DISTRICT COURT <u>SOUTHERN DISTRICT OF NEW YORK</u> NEW YORK STATE PROFESSIONAL PROCESS SERVERS ASSOCIATION, INC. ET. AL., | DOCKET NO. **14 CV 1266 (DLC)(MHD)** ATTORNEY'S AFFIRMATION OF SERVICE OF SCHEDULING ORDER DATED MAY 20, 2014 |

                Plaintiffs,

   against

CITY OF NEW YORK, ET. AL.,

                Defendants.
_____

    TRACY J. HARKINS, an attorney duly admitted to practice law in the State of New York hereby declares the following under penalties of perjury pursuant to 28 U.S.C. 1746:

    I reside at Mt. Sinai, NY, and am over the age of eighteen (18) years. I am not a party to this action.

    On the __21st__ day of May, 2014, I served a copy of the **Scheduling Order dated May 20, 2014** on **Eunice Rivera, Defendant Pro Se, NYC Dept. of Consumer Affairs, 66 John St., 11th Fl., New York, NY 10038** by enclosing a true copy in a first-class postage paid, sealed envelope, properly addressed as stated to addressee's ~~usual dwelling place/~~actual place of business within the State, and deposited said envelope in a post office/official depository under exclusive care and custody of the United States Postal Service within New York ~~and, by Certified mailing number _____. The original Certified Mailing receipt (and) signature card is/are attached hereto.~~

Dated:  Mt. Sinai, NY
       May __21__ 2014                        _s/Tracy J. Harkins_____
                                                                     Tracy J. Harkins, Esq.
                                                                     Attorney for Plaintiffs
                                                                     48 Birch Hill Road
                                                                     Mount Sinai, NY 11766
                                                                     Telephone and Fax (631)476-3750
                                                                     tjharkinsesq@optonline.net