UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
New York State Professional Process Servers Association, Inc., :
On behalf of itself and aggrieved members, and Howard D.
Clarke, and Stephen J. Boyko, Inc., d/b/a Consolidated Claims :
Service, Individually, and as Representatives for all similarly
Aggrieved New York City Process Server Individuals and :
Process Serving Agencies,
                                 Plaintiffs,          : 14 CV 1266 (DLC)(MHD)

         -against-                                        :

City of New York, and Michael T. Bloomberg, Bill de Blasio   :
Jonathan Mintz, Alba Pico, Nancy Schindler, Esq., Bruch
Dennis, Esq., James Plotkin, Esq., Nicholas J. Minella, Esq.,   :
Alvin Liu, Esq., Shannon Bermingham, Jordan Cohen, Esq.,
Philip Kimball, Esq., Lori Barrett, Esq., Megan Roberts, Esq.,  :
Wanda Day, Esq., Fred Cantor, Esq., Allison Rene Johnson,
Esq., Margarita Marsico, Esq., David Cho, K. James, Wilfredo :
Lopez, Esq., Eunice Rivera, G. Pikulina, P. Kumar, Michele
Mirro, Esq., Mitchell B. Nisonoff, Esq., Lee Fawkes, Esq.,     :
Steven T. Kelly, Esq., Nancy Tumelty, Esq., Susan Kassapian,
Esq., Maurice Nwikpo-Oppong, Esq., Eryn A. DeFontes, Esq., :
Richard Zeitler, Jr., Esq., David Scott Paul, Esq., Shanet Viruet,
Esq., and Judith Gould, Esq., all Individually and in their      :
Capacities as officials and employees of the City of New York,
                                                                       :
                                 Defendants.
------------------------------------------------------------------------------------X

NOTICE OF MOTION BY SUSAN KASSAPIAN AND MICHELE MIRRO
TO DISMISS THE AMENDED COMPLAINT

       PLEASE TAKE NOTICE that upon the annexed Declaration of Walter A. Kretz, Jr., dated June 6, 2014, defendants Susan Kassapian and Michele Mirro, by their undersigned attorneys, will move this Court before the Honorable Denise L. Cote at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and at a time to be set by the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the claims asserted against them by the plaintiffs for failure to state a claim upon which relief can

be granted and because defendants Kassapian and Mirro are shielded by absolute immunity, and granting such other relief as the Court deems proper.

Dated: New York, New York
      June 6, 2014

                                        SCOPPETTA SEIFF KRETZ & ABERCROMBIE
                                        Attorneys for Defendants Michele Mirro and
                                        Susan Kassapian

                                    By: _____
                                          Walter A. Kretz, Jr., (WK-4645)
                                        444 Madison Avenue, 30th Floor
                                        New York, NY  10022
                                        212-371-4500